IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**TESHOME MEZMUR AMARE,**
**INS # A48-072-759,**

    **Petitioner,**

vs.                          Case Number 4:06cv249-MP/WCS

**ALBERTO GONZALES,**
**MICHAEL CHERTOFF,**
**MICHAEL ROZOS,**
**DAVID HARVEY, and**
**DEPARTMENT OF**
**HOMELAND SECURITY**

    **Respondents.**

_____/

## REPORT AND RECOMMENDATION

    This case was initiated on May 24, 2006, with the filing of a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Doc. 1. The *pro se* Petitioner asserted he was being held in indefinite detention and claimed Respondents would be unable to remove him. Doc. 1. Respondents filed a response on August 15, 2006, and claimed there was "a reasonable foreseeability of removal once Petitioner's true identity [was] determined, and" argued that Petitioner was not cooperating with efforts to remove him. Doc. 9. Petitioner then filed a reply on October 25, 2006, which stated that he had been

in detention for over fifteen months, was tired of jail, and "would gladly be deported to get out of jail." Doc. 14.

Prior to fully reviewing this case, and because approximately six weeks had passed since the filing of Petitioner's reply, efforts were made to confirm that Petitioner was still detained at the Wakulla County jail. Those efforts were unsuccessful and, thus, an order was entered requiring the parties to provide a status update. Doc. 15. Petitioner's copy of that order was returned to the Court as "undeliverable." Doc. 17. Respondents filed a motion to dismiss, doc. 16. The motion to dismiss advises that Petitioner "was removed from the United States to Ethiop[i]a on November 22, 2006, and, thus, this case is moot." Doc. 16, p. 2.

Accordingly, no further action need be taken on this case as Petitioner has been granted the relief he sought and has been released from detention. This petition is, accordingly, moot and the motion to dismiss should be granted.

In light of the foregoing, it is respectfully **RECOMMENDED** that the motion to dismiss, doc. 16, be **GRANTED** and this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 filed by Petitioner **Teshome Mezmur Amare**, doc. 1, be **DISMISSED as moot** because Petitioner has been released from detention and removed from the United States.

**IN CHAMBERS** at Tallahassee, Florida, on January 30, 2007.

 s/    William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**