IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

TESHOME MEZMUR AMARE,
INS # A48-072-759,

    Petitioner,

v.　　　　　　　　　　　　　　　　　　　　　CASE NO. 4:06-cv-00249-MP-WCS

ALBERTO GONZALES,
MICHAEL CHERTOFF,
MICHAEL ROZOS,
DAVID HARVEY, and
DEPARTMENT OF
HOMELAND SECURITY,

    Respondents.
_____/

**O R D E R**

    This matter is before the Court on Doc. 18, Report and Recommendation of the Magistrate Judge, recommending that Petitioner's petition for writ of habeas corpus, filed pursuant to 28 U.S.C. § 2241, be dismissed as moot. The Magistrate Judge filed the Report and Recommendation on Tuesday, January 30, 2007. The parties have been furnished a copy of the Report and have been afforded an opportunity to file objections. Pursuant to Title 28, United States Code, Section 636(b)(1), this Court must make a *de novo* review of those portions to which an objection has been made. In this instance, no objections have been filed.

    In his petition for writ of habeas corpus, Petitioner Amare states that because he will not be removed from the United States in the reasonably foreseeable future, he is entitled to conditional release under Zadvydas v. Davis, 533 U.S. 678 (2001). The Court agrees with the Magistrate that because Petitioner was removed from the United States to Ethiopia on November 22, 2006, this case is moot. Therefore, having considered the Report and Recommendation, I

have determined that it should be adopted.  Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Magistrate Judge's Report and Recommendation, Doc. 18, is adopted and incorporated by reference in this order;

2. Petitioner Amare's petition for writ of habeas corpus, filed pursuant to 28 U.S.C. § 2241, is dismissed as moot

**DONE AND ORDERED** this   *2nd* day of March, 2007

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge